UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                    ) CASE NO. MJ 12-150
    Plaintiff, )
                                    )
    v. )
                                    ) DETENTION ORDER
TRAVIS LEE TRICHLER, )
                                    )
    Defendant. )
_____ )

<u>Offense charged</u>:    Felon in Possession of a Firearm; Possession of Methamphetamine with Intent to Distribute

<u>Date of Detention Hearing</u>:    April 4, 2012.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant does not have a viable release address. He has mental health issues and reported use of controlled substances. His lengthy criminal history includes bail jumping, and an unlawful firearms charge pending in Snohomish County, scheduled for trial in May.

3. Some of defendant's personal history information is unverified.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

01 for the defendant, to the United States Marshal, and to the United State Pretrial Services

02 Officer.

03 DATED this 4th day of April, 2012.

                                                    _____
                                                    Mary Alice Theiler
                                                    United States Magistrate Judge